**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000552
07-AUG-2020
08:57 AM**

NO. CAAP-18-0000552

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
LANCE KAMUELA GOMES, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
LIHUʻE DIVISION
(5DCW-18-0000309)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By:  Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record in CAAP-18-0000552, it appears this court lacks appellate jurisdiction.  Defendant-Appellant Lance Kamuela Gomes filed a Notice of Appeal on July 13, 2018, from 5DCW-18-0000309.  "[I]n order to appeal a criminal matter in the district court, the appealing party must appeal from a written judgment or order that has been filed with the clerk of the court pursuant to [Hawaiʻi Rules of Appellate Procedure] Rule 4(b)(3)."  State v. Bohannon, 102 Hawaiʻi 228, 236, 74 P.3d 980, 988 (2003) (emphasis omitted).  The record on appeal does not contain an appealable final judgment or order.

Therefore, the appeal is premature and this court lacks appellate jurisdiction over the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, August 7, 2020.

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge